June 19, 2015

Mr. Jeffrey D. Kyle, Clerk
Court of Appeals
Third District of Texas
P.O. Box 12547
Austin, Texas 78711-2547

RE:     Court of Appeals Number:     03-14-00636-CV
        Trial Court Case Number:      42697

Style:  Shaine Carl Cagle
        v. Donna Gail Andrews

FILED
June 23, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

RECEIVED
JUN 2 3 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

Dear Mr. Kyle:

I am in receipt of your letter dated June 17, 2015, advising that an Appellee's brief was overdue in the matter referenced above. I did not receive this letter until June 18, 2015, because the court was incorrectly sending it to my former Counsel of Record.

Please note the attached Motion for Withdrawal of Counsel, executed in December 2014. I am a single mother raising a child on a tight budget; I cannot continue to retain an attorney at $150.00 per hour to respond to the Appellant's correspondence. Henceforth, I will be advocating on my own behalf, and encourage the court to please send all future correspondence to my attention at P.O. Box 1294, Burnet, Texas, 78611.

The matter of the marriage of Donna Gail Andrews and Shaine Carl Cagle, case number 42697, was decreed on July 11, 2014. The Appeal was received by the Court of Appeals, Third District of Texas on October 2, 2014. According to the Texas Rules of Appellate Procedure (Tex. R. App. P.), an Appellant has 30 days in which to give notice of appeal, Rule 26.1. This appeal clearly did not meet these requirements and I pray that the court will dismiss this appeal for failure to comply with Texas Appellate Rules.

Furthermore, the Appellee cannot ascertain what judgement is being 'appealed' since the Appellant did not follow the Texas Rules of Appellate Procedure format, nor did the Appellant clearly state what remedy he is seeking or what element of the court's decision he is appealing. What, exactly, is being contested and upon what Index of Authorities is the argument based? It is thus impossible to provide a rejoinder in brief to contest such ambiguous statements. I again respectfully ask that the court dismiss this motion, in this case for failure to properly or adequately brief the issue.

Regarding the Appellant's claim of 'fraudulent filing of 2013 tax return for financial gain', I appeal to the court to review the attached copy of said return. This tax return was filed on my behalf

under the counsel and guidance of Ms. Michelle Wolfe, Tax Associate, H&R Block, in Marble Falls, Texas. Ms. Wolfe specifically instructed me to sign for the Appellant as he was 'absent due to incarceration'. I have contacted the Internal Revenue Service and asked them for an opinion on this matter. If it is necessary to file an amended return as 'Single' status, I will do so; any additional taxes or fees will be settled between myself and the Internal Revenue Service. I thank the court for bringing this to my attention.

It may interest the court to learn that the 2013 tax refund in question was based 100 percent on my income and wages. The Appellant was unemployed and living off my income for the entire duration of the marriage. At the time of the Appellant's felony and resultant arrest, my daughter and I were stranded on the side of the highway, at a truck stop, with nothing but the clothes on our backs. The 2013 refund was used to secure safe lodging and transportation, medical care, day care, food and clothing for my daughter and myself.

For the above reasons, I respectfully request that the Court dismiss the Appellant's motion in this case. I also request that the court award any other relief it considers fair and proper.

Respectfully,

*Donna Andrews*

Donna Gail Andrews
P.O. Box 1294
Burnet, Texas, 78611


Cc: personal file


Attachments:

1) Court of Appeals, call for Appellee's Brief
2) Order of Motion for Withdrawal of Counsel
3) Donna G. Andrews 1040A 2013 Tax Return
4) State of Colorado Individual Income Tax Declaration for Electronic Filing, 2013



# COURT OF APPEALS

### THIRD DISTRICT OF TEXAS

P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
www.txcourts.gov/3rdcoa.aspx
(512) 463-1733

JEFF L. ROSE, CHIEF JUSTICE
DAVID PURYEAR, JUSTICE
BOB PEMBERTON, JUSTICE
MELISSA GOODWIN, JUSTICE
SCOTT K. FIELD, JUSTICE
CINDY OLSON BOURLAND, JUSTICE

JEFFREY D. KYLE, CLERK

June 17, 2015

Ms. Kimberly Ashby
1003 Berry Street
PO Box 888
Llano, TX 78643
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:    03-14-00636-CV
          Trial Court Case Number:    42697

Style:   Shaine Carl Cagle
       v. Donna Gail Andrews

Dear Counsel:

Appellee's brief was due in this Court on **June 1, 2015** and is overdue. *See* Tex. R. App. P. 38.6(b). If this Court does not receive a satisfactory response to this notice from appellee's counsel on or before **Monday, June 29, 2015**, this cause will be submitted on appellant's brief alone.

Very truly yours,

JEFFREY D. KYLE, CLERK

BY: *Amy Strother*
Amy Strother, Deputy Clerk

cc:    Mr. Shaine Carl Cagle

NOTICE: THIS DOCUMENT
CONTAINS SENSITIVE DATA

NO. 42697

| | | |
|---|---|---|
| IN THE MATTER OF | § | IN THE COUNTY COURT AT LAW |
| THE MARRIAGE OF | § | |
| | § | |
| DONNA GAIL ANDREWS | § | |
| AND | § | |
| SHANE CARL CAGLE | § | |
| | § | |
| AND IN THE INTEREST OF | § | |
| S.L.C., A CHILD | § | BURNET COUNTY, TEXAS |

## ORDER ON MOTION FOR WITHDRAWAL OF COUNSEL

On _December 19 2014_, the Court considered the Motion for Withdrawal of Counsel of Kimberly Ashby.

The Court finds that good cause exists for withdrawal of Kimberly Ashby as counsel.

The Court finds that a copy of the Motion for Withdrawal of Counsel was delivered to Donna Gail Andrews, that Donna Gail Andrews was notified in writing of the right to object to the motion, that Donna Gail Andrews has consented to the motion, that the last known address of Donna Gail Andrews is ▮▮▮▮▮▮▮▮▮▮ and that the pending settings and deadlines in the case are as follows:

None.

IT IS THEREFORE ORDERED that Kimberly Ashby is permitted to withdraw as counsel of record for Donna Gail Andrews in this case.

The Court finds that the last known mailing address of Donna Gail Andrews is ▮▮▮ ▮▮▮▮▮▮ and ORDERS that all notices in this case shall be either delivered to Donna Gail Andrews in person or sent to Donna Gail Andrews at that address by both certified and regular first-class mail.

FILED
DEC 19 2014
4:00 AM/PM
CASIE WALKER, DISTRICT CLERK
BURNET COUNTY, TEXAS

The Court orders that Kimberly Ashby immediately notify Donna Gail Andrews in writing of any additional settings or deadlines of which Kimberly Ashby now has knowledge and has not already notified Donna Gail Andrews. The Court further orders Kimberly Ashby to make available to Donna Gail Andrews, not later than 30 days after the date of entry of this order, the originals of all of Donna Gail Andrews's discovery responses and documents Donna Gail Andrews has produced in response to discovery requests.

SIGNED on December 19, 2014

_____
JUDGE PRESIDING

Form **1040A**

Department of the Treasury - Internal Revenue Service

**U.S. Individual Income Tax Return** (99)  **2013**

IRS Use Only - Do not write or staple in this space.

OMB No. 1545-0074

**Your social security number**

DONNA G ANDREWS
SHAINE C CAGLE

**Spouse's social security number**

▲ Make sure the SSN(s) above and on line 6c are correct.

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.  ☐ You  ☐ Spouse

| Foreign country name | Foreign province/state/county | Foreign postal code |
|---|---|---|

**Filing status**

Check only one box.

1 ☐ Single
2 ☒ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above & full name here. ▶
4 ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child (see instructions)

**Exemptions**

If more than six dependents, see instructions.

6a ☒ **Yourself.** If someone can claim you as a dependent, **do not** check box 6a.

b ☒ **Spouse**

c Dependents:

| (1) First name    Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax credit (see instr.) |
|---|---|---|---|
| SARAH CAGLE | | DAUGHTER | X |
| | | | |
| | | | |
| | | | |
| | | | |

Boxes checked on 6a and 6b ___2___

No. of children on 6c who:
• lived with you ___1___
• did not live with you due to divorce or separation (see insts) _____

Dependents on 6c not entered above _____

Add numbers on lines above ▶ [ 3 ]

d Total number of exemptions claimed.

**Income**

Attach Form(s) W-2 here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2. | 7 | 24,147. |
| 8a | Taxable interest. Attach Schedule B if required. | 8a | |
| b | Tax-exempt interest. Do not include on line 8a. 8b | | |
| 9a | Ordinary dividends. Attach Schedule B if required. | 9a | |
| b | Qualified dividends (see instructions). 9b | | |
| 10 | Capital gain distributions (see instructions). | 10 | |
| 11a | IRA distributions. 11a | 11b Taxable amount (see instructions). | 11b | |
| 12a | Pensions and annuities. 12a | 12b Taxable amount (see instructions). | 12b | |
| 13 | Unemployment compensation and Alaska Permanent Fund dividends. | 13 | |
| 14a | Social security benefits. 14a | 14b Taxable amount (see instructions). | 14b | |
| 15 | Add lines 7 through 14b (far right column). This is your **total income.** ▶ | 15 | 24,147. |

**Adjusted gross income**

| | | | |
|---|---|---|---|
| 16 | Educator expenses (see instructions). 16 | | |
| 17 | IRA deduction (see instructions). 17 | | |
| 18 | Student loan interest deduction (see instructions). 18 | | |
| 19 | Tuition and fees. Attach Form 8917. 19 | | |
| 20 | Add lines 16 through 19. These are your **total adjustments.** | 20 | |
| 21 | Subtract line 20 from line 15. This is your **adjusted gross income.** ▶ | 21 | 24,147. |

KBA  For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.

Form **1040A** (2013)

1040A (2013)

FD1040A-1V 1.18

Form 1040A (2013)  DONNA G ANDREWS & SHAINE C CAGLE                                    Page 2

| Tax, credits, and payments | 22 | Enter the amount from line 21 (adjusted gross income). | | 22 | 24,147. |
|---|---|---|---|---|---|

**23a** Check if:  ☐ You were born before January 2, 1949,  ☐ Blind  Total boxes
☐ Spouse was born before January 2, 1949,  ☐ Blind  checked ▶ 23a ☐

**b** If you are married filing separately and your spouse itemizes deductions, check here ▶ 23b ☐

Standard Deduction for -
● People who check any box on line 23a or 23b or who can be claimed as a dependent, see instr.
● All others: Single or Married filing separately, $6,100
Married filing jointly or Qualifying widow(er), $12,200
Head of household, $8,950

| 24 | Enter your standard deduction. | 24 | 12,200. |
|---|---|---|---|
| 25 | Subtract line 24 from line 22. If line 24 is more than line 22, enter -0-. | 25 | 11,947. |
| 26 | Exemptions. Multiply $3,900 by the number on line 6d. | 26 | 11,700. |
| 27 | Subtract line 26 from line 25. If line 26 is more than line 25, enter -0-. This is your taxable income. | 27 | 247. |
| 28 | Tax, including any alternative minimum tax (see instructions). | 28 | 24. |
| 29 | Credit for child and dependent care expenses. Attach Form 2441. | 29 | |
| 30 | Credit for the elderly or the disabled. Attach Schedule R. | 30 | |
| 31 | Education credits from Form 8863, line 19. | 31 | |
| 32 | Retirement savings contributions credit. Attach Form 8880. | 32 | |
| 33 | Child tax credit. Attach Sch 8812, if required. | 33 24. | |
| 34 | Add lines 29 through 33. These are your total credits. | 34 | 24. |
| 35 | Subtract line 34 from line 28. If line 34 is more than line 28, enter -0-. This is your total tax. | 35 | 0. |
| 36 | Federal income tax withheld from Forms W-2 and 1099. | 36 915. | |
| 37 | 2013 estimated tax payments and amount applied from 2012 return. | 37 | |
| 38a | Earned income credit (EIC). | 38a 3,050. | |
| b | Nontaxable combat pay election. 38b | | |
| 39 | Additional child tax credit. Attach Schedule 8812. | 39 976. | |
| 40 | American opportunity credit from Form 8863, line 8. | 40 | |
| 41 | Add lines 36, 37, 38a, 39, and 40. These are your total payments. | 41 | 4,941. |

**Refund**

| 42 | If line 41 is more than line 35, subtract line 35 from line 41. This is the amount you overpaid. | 42 | 4,941. |
|---|---|---|---|
| 43a | Amount of line 42 you want refunded to you. If Form 8888 is attached, check here ▶ | 43a | 4,941. |

Direct deposit? See instructions and fill in 43b, 43c, and 43d or Form 8888.
▶ b Routing number ▉▉▉▉▉
▶ c Type: ☒ Checking ☐ Savings
▶ d Account number ▉▉▉▉▉

| 44 | Amount of line 42 you want applied to your 2014 estimated tax. | 44 | |

**Amount you owe**

| 45 | Amount you owe. Subtract line 41 from line 35. For details on how to pay, see instructions. | 45 | |
|---|---|---|---|
| 46 | Estimated tax penalty (see instructions). | 46 | |

**Third party designee**  Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ Yes. Complete the following. ☒ No
Designee's name ▶  Phone no. ▶  Personal ID number (PIN) ▶

**Sign here**
Joint return? See instructions. Keep a copy for your records.
Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and accurately list all amounts and sources of income I received during the tax year. Declaration of preparer (other than the taxpayer) is based on all information of which the preparer has any knowledge.

Your signature: For Info Only-Do not file  Date  Your occupation: LAW ENFORCEMENT  Daytime phone number
Spouse's signature. If a joint return, both must sign: For Info Only-Do not file  Date  Spouse's occupation: UNEMPLOYED  If the IRS sent you an ID Protection PIN, enter it here (see inst.)

**Paid preparer use only**
Print/type preparer's name: MICHELLE WOLFE  Preparer's signature  Date 03/21/2014  Check ☐ if self-employed  PTIN P01756645
Firm's name ▶ H AND R BLOCK  Firm's EIN ▶ 75-2945625
Firm's address ▶ MARBLE FALLS, TX 78654  Phone no. (830) 693-4962

Form 1040A (2013)

1040A (2013)  FD1040A-2V1.18

DR 8453 (10/17/13)
**COLORADO DEPARTMENT OF REVENUE**
DENVER CO 80261-0005
www.TaxColorado.com



138453 11029

# State of Colorado Individual
# Income Tax Declaration for Electronic Filing
Do not mail this form to the IRS or the
Colorado Department of Revenue
**Retain with your records**

| Submission ID |
|---|
| 740527 |

| Taxpayer Last Name | Taxpayer First Name | Middle Initial | SSN |
|---|---|---|---|
| ANDREWS | DONNA | G | |
| Spouse Last Name (If Joint Return) | Spouse First Name(If Joint Return) | Middle Initial | SSN |
| CAGLE | SHAINE | C | |

| Street Address | | Phone Number |
|---|---|---|
| | | (512) |
| City | State | ZIP |
| BURNET | TX | 78611 |

## Part I - Tax Return Information

| | | |
|---|---|---|
| 1. Total Income, line 22 from your federal form 1040, line 15 on form 1040A, or line 4 on form 1040EZ | 1 | 24,147 |
| 2. Taxable Income, line 43 on federal form 1040, line 27 on form 1040A, line 6 on form 1040EZ | 2 | 247 |
| 3. Colorado Tax, line 19 on Colorado form 104 | 3 | 12 |
| 4. Colorado Tax Withheld, line 26 on Colorado form 104 | 4 | 425 |
| 5. Refund, line 53 Colorado form 104 | 5 | 413 |
| 6. Amount You Owe, line 58 on Colorado form 104 | 6 | |

## Part II - Declaration of Taxpayer

Under penalties of perjury, I declare that the information I have provided for electronic filing and the amounts shown in Part I above agree with the amounts shown on my 2013 Federal/Colorado income tax returns, and that said tax returns, statements, schedules and attachments are true, correct, and complete to the best of my knowledge and belief. I understand that I (or my Electronic Return Originator (ERO) if applicable) may be required to provide paper copies of this declaration, my returns, withholding statements, schedules, and attachments upon request by the Colorado Department of Revenue at any time during the period covered by the Colorado statute of limitations.

| Signature | Date (MM/DD/YY) | Spouse's Signature, (If Joint Return, Both Must Sign) | Date (MM/DD/YY) |
|---|---|---|---|
| | | | |

## Part III - Declaration of ERO/Preparer/Transmitter

If the transmitter did not prepare the tax return, check here ☐

If I am not the preparer, I declare only that the amounts shown in Part I above agree with the amounts shown on the taxpayer's 2013 Federal/Colorado income tax returns. If I am the preparer, under penalties of perjury I declare that I have reviewed the above taxpayer's 2013 Federal/Colorado income tax returns and that the information provided to me by the taxpayer and the amounts shown in Part I above agree with the amounts shown on said tax returns, and that said tax returns, statements, schedules, and attachments are true, correct, and complete to the best of my knowledge and belief. As preparer, I further declare that I have obtained the taxpayer's signature on this form at the time of filing and have provided the taxpayer with copies of all forms and information filed. I also agree to maintain this signed Form (DR 8453) for the period covered by the Colorado statute of limitations, and to provide paper copies of this declaration, said returns, withholding statements, schedules and attachments upon request by the Colorado Department of Revenue at any time during this period.

| ERO's Signature _Michelle Calfe_ | Preparer Identification No. or Your SSN |
|---|---|
| Check if also preparer [X]    Date(MM/DD/YY)  03/21/14 | P01756645 |

DR-8453 (2013)          CO8453-1V 1.61
~~Form Software Copyright 1996 - 2014 HRB Tax Group, Inc.~~

Label 228, January 2008

UNITED STATES POSTAL SERVICE



**PRIORITY®**
**MAIL**

For Domestic
and International Use

From
Donna Andrews
PO Box 1394
Burnet, TX 78611

**TO**
Mr. Jeffrey D. Kyle, Clerk
Court of Appeals
Third District of Texas
PO Box 12547
Austin, TX 78711-2547

TM



**UNITED STATES**
**POSTAL SERVICE®**

**USPS TRACKING #**

9114 9012 3080 3070 3587 05

Label 400  Jan. 2013
7690-16-000-7948

**PLEASE PRESS FIRMLY**

PRIORITY MAIL



UNITED STATES
POSTAL SERVICE

1006          78711

U.S. POSTAGE
PAID
BURNET, TX
78611
JUN 20. '15
AMOUNT
**$5.75**
0006484-7-07